IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH HUFFMAN**                                            **PLAINTIFF**
**#005713**

**V.**                    **NO. 2:21-cv-00065-BSM-ERE**

**DEAN MANNIS,** *et al*.                                  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I**.     **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Mr. Huffman may file objections if he disagrees with the findings or conclusions set out in the Recommendation. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Huffman may waive any right to appeal questions of fact.

**II.**     **Discussion:**

On June 21, 2021, Plaintiff Joseph Huffman filed this civil rights lawsuit without the help of a lawyer. *Doc. 2*. Mr. Huffman did not file a complete application for leave to proceed *in forma pauperis* (IFP), including a jail account information

sheet completed by an authorized official *(Doc. 1)*, nor did he pay a filing fee. Accordingly, on June 22, the Court ordered him to address the filing fee requirement within 30 days or risk dismissal of this lawsuit. *Doc. 3*. To date, Mr. Huffman has not responded to the Court's June 22 Order, and the time to do so has passed.

**III.** **Conclusion:**

The Court recommends that Mr. Huffman's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 22, 2021 Order and his failure to prosecute this lawsuit.

DATED this 29th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE