IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH HUFFMAN
#005713                                                                                   PLAINTIFF

v.                              CASE NO. 2:21-CV-00065-BSM

DEAN MANNIS, *et al.*                                                              DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted. Joseph Huffman's claims against defendants are dismissed without prejudice for his failure to pay a filing fee and prosecute this lawsuit.

IT IS SO ORDERED this 20th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE