IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH HUFFMAN
#005713                                                                                          PLAINTIFF

v.                              CASE NO. 2:21-CV-00065-BSM

DEAN MANNIS, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE